**Joseph JOHNSON, Appellant,**

v.

**Special Agent Josh FLORELL; Officer Steve Parshall; Officer Mark Sletta; Officer Andy Stender; City of Minneapolis; David Steinkamp, Appellees.**

No. 07–1459.

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 5, 2008.

Filed: Sept. 15, 2008.

Joseph Johnson, Memphis, TN, pro se.

Warden–WI, Oxford, WI, for Appellant.

P. Kenneth Kohnstamm, Attorney General's Office, St. Paul, MN, Cheryl Lynne Fundingsland, Patricia R. Cangemi, City Attorney's Office, Minneapolis, MN, for Appellees.

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

PER CURIAM.

Joseph Johnson appeals the district court's[1] dismissal and grant of summary judgment in favor of defendants in this action under 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). Having carefully reviewed the record and considered Johnson's arguments, we find no basis for reversal. *See Federer v. Gephardt*, 363 F.3d 754, 757 (8th Cir.2004) (de novo standard of review for Fed.R.Civ.P. 12(b)(6) dismissal); *Anderson v. Larson*, 327 F.3d 762, 767 (8th Cir.2003) (de novo standard of review for grant of summary judgment). Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota, adopting the reports and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.